UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | § | |
|---|---|---|
| IN RE: | § | CASE NO: 24-10254 |
| | § | |
| CHARLITHA MARIE WILSON, | § | CHAPTER 7 |
| | § | |
| DEBTOR. | § | SECTION A |
| | § | |

## ORDER

Before the Court is the Application to Have the Chapter 7 Filing Fee Waived, (the "Application"), [ECF Doc. 3], filed by the Debtor.

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Application is **DENIED**, and the Debtor is free to file Form B-103A to apply to pay the chapter 7 filing fee in installments. Form B-103A is available at https://www.uscourts.gov/forms/bankruptcy-forms.

**IT IS FURTHER ORDERED** that counsel for the Debtor shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, March 22, 2024.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE